# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131039 & (65)

SUBURBAN MOBILITY AUTHORITY
REGIONAL TRANSPORTATION and
AMALGAMATED TRANSIT UNION
LOCAL 1564,
        Respondents-Appellees,

v

MONICA L.B. JOHNSON,
        Charging Party-Appellant.

SC: 131039
COA: 258958
MERC: 03-000004;
   03-000013

_____/

     On order of the Court, the application for leave to appeal the March 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is GRANTED.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

d0220